**Opinion issued November 22, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00910-CV

———————————

## IN RE RENEE JEFFERSON-SMITH, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Renee Jefferson-Smith, has filed a petition for writ of mandamus, seeking to have this Court issue an injunction to prevent the City of Houston from certifying election results and to enjoin certification of a candidate for placement on the ballot in an upcoming runoff election.[1]

---

[1]   The underlying case is *Renee Jefferson-Smith v. City of Houston and Harris County, Texas*, cause number 2019-81187, pending in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.

We **deny** relator's petition for a writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.